WR-81,845-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/2/2015 6:58:13 PM
Accepted 2/3/2015 1:50:39 PM
ABEL ACOSTA
CLERK

# SCHAFFER LAW OFFICES

NOT A PARTNERSHIP

1301 McKINNEY, SUITE 3100

HOUSTON, TEXAS 77010

Randy Schaffer, P.C.
*noguilt@swbell.net*
Josh Schaffer, P.L.L.C.
*josh@joshschafferlaw.com*
Joel Hayter
*joelhayterlaw@gmail.com*

(713) 951-9555

Fax: (713) 951-9854

RECEIVED
COURT OF CRIMINAL APPEALS
2/3/2015
ABEL ACOSTA, CLERK

February 2, 2015

Abel Acosta                                               **VIA ELECTRONIC FILING**
Clerk of the Court of Criminal Appeals
Supreme Court Building
201 West 14th Street
Austin, Texas 78701

Re:     Ex parte Shannon Dale Dukes
        CCA Cause No. WR-81,845-01
        Trial Court Cause No. 10-08423-A

Dear Mr. Acosta:

I filed a habeas corpus application on behalf of Shannon Dale Dukes in the Criminal District Court of Jefferson County in 2014. This Court remanded for an evidentiary hearing in September of 2014 and ordered the trial court to make supplemental findings of fact and conclusions of law by January 22, 2015.

I had not received a copy of the supplemental findings as of January 29, 2015; and this Court's website did not reflect that they had been received. That day I contacted Ed Tanner, who works for the Jefferson County Criminal Courts. He informed me that the trial court filed its findings on January 20; transmitted copies to this Court and to me on January 21; and received the certified mail "green card" from this Court reflecting that it received them on January 26. However, they had not received the "green card" from me (because I had not received the supplemental findings).

I received an electronic notice from this Court on January 30, 2015, indicating that it received the supplemental findings on January 26.

At my request, Mr. Tanner sent me a copy of the supplemental findings by electronic mail today.

I understand that I have ten days from the date that I receive the findings to file any objections to them. Although I still have not received the copy that the district clerk apparently sent me by certified mail, I now have received them by other means. However, I will be out of my office beginning on February 3 and will not return until February 9. By this letter I wish to notify the Court that I intend to file objections no later than February 12, which is ten days from today. I will file the original with the district clerk for transmittal to your office, but I also will file a copy electronically directly with your office.

I appreciate your attention to this matter.  Please contact me with any questions.

Sincerely,

*/s/ Josh Schaffer*
Josh Schaffer

JS/

cc:     Ann Manes, Assistant District Attorney